ROBERT L. FORKNER     (CSB# 166097)
JULISSA ECHEVARRIA    (CSB# 309107)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
PH: 209-544-0200
FX: 209-544-1860

Attorneys for Defendant
RAUL PADILLA-ACOSTA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0045-TLN |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RAUL PADILLA-ACOSTA, | |
| Defendant. | DATE: September 28, 2017<br>TIME: 09:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on September 28, 2017.

2. By this stipulation, the parties move to continue the status conference until October 19, 2017, and to exclude time between September 28, 2017, and October 19, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced discovery in the form of investigative reports and related documents, as well photographs.

   b) The government has informed Defense Counsel that responsive discovery which consists of supplemental reports, videos and audio records will be turned over to defense later this week. Defendant requires additional time to review new discovery, discuss with his counsel, and pursue investigation.

   c) Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account

1     the exercise of due diligence.

2           d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

          e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 28, 2017 to October 19, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 26, 2017                           PHILLIP A. TALBERT
                                                                             United States Attorney

                                                                             /s/ *James Hitt*
                                                                             JAMES HITT
                                                                             Assistant United States Attorney

Dated: September 26, 2017                           /s/ *Robert Forkner*
                                                                             ROBERT FORKNER
                                                                             Counsel for Defendant
                                                                             RAUL PADILLA-ACOSTA

**FINDINGS AND ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 19, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) (Local Code T4). It is further ordered September 28, 2017 status conference shall be continued until October 19, 2017, at 9:30 a.m.

IT IS SO FOUND AND ORDERED this 27th day of September, 2017.

Troy L. Nunley
United States District Judge