ROBERT L. FORKNER    (CSB# 166097)
JULISSA ECHEVARRIA   (CSB# 309107)
PATRICIA ORLANDO     (CSB# 188057)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
PH: 209-544-0200
FX: 209-544-1860

Attorneys for Defendant
RAUL PADILLA-ACOSTA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAUL PADILLA-ACOSTA,<br><br>    Defendant. | CASE NO. 2:17-CR-0045-TLN<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 7, 2018<br>TIME: 09:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.   By previous order, this matter was set for status on June 7, 2018.

2.   By this stipulation, the parties move to continue the status conference until August 2, 2018, and to exclude time between June 7, 2018, and August 2, 2018, under Local Code T4.

3.   The parties agree and stipulate, and request that the Court find the following:

a)   The government has produced a second Revised Plea Agreement. Defendant requires additional time to review the Revised Plea Agreement and discuss with his counsel.

b)   Defendant requires an interpreter to fully comprehend the revised plea agreement and sufficient time is needed to request an interpreter.

c)   Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)   Based on the above-stated findings, the ends of justice served by continuing the

STIPULATION TO CONTINUE STATUS AND EXCLUDE
TIME; FINDINGS AND ORDER                                       1

case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 7, 2018 to August 2, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 5, 2018                          PHILLIP A. TALBERT
                                                   United States Attorney

                                                   /s/ *James Hitt*
                                                   JAMES HITT
                                                   Assistant United States Attorney

Dated: June 5, 2018                          /s/ *Robert Forkner*
                                                   ROBERT FORKNER
                                                   Counsel for Defendant
                                                   RAUL PADILLA-ACOSTA

**FINDINGS AND ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 2, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) (Local Code T4). It is further ordered June 7, 2018 status conference shall be continued until August 2, 2018, at 9:30 a.m.

IT IS SO FOUND AND ORDERED this 5th day of June, 2018.

_____
Troy L. Nunley
United States District Judge