ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:    (209)544-0200
Fax:          (209)544-1860

Attorney for Defendant,
RAUL PADILLA-ACOSTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. 2:17-CR-0045 TLN |
| Plaintiff, | ) STIPULATION AND ORDER FOR<br>) CONTINUANCE OF SENTENCING |
| vs. | ) |
| RAUL PADILLA-ACOSTA, | ) |
| Defendant. | ) |

Defendant, RAUL PADILLA-ACOSTA, through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, JASON HITT, Assistant United States Attorney, hereby stipulate and request the following:

1.  That the Court continue the sentencing in the above-captioned case from October 18, 2018, to November 29, 2018, at 9:30 a.m.

STIPULATION AND ORDER

- 1 -

2. Due to transportation issues Probation has not been able to produce the Presentencing Report before the currently scheduled sentencing hearing. A continuance is requested in order to allow a complete review of the Report from Probation with the defendant, and to file the necessary objections before the currently scheduled date.

IT IS SO STIPULATED.

Dated:  October 15, 2018        /s/ Robert L. Forkner
                                ROBERT L. FORKNER
                                Attorney for Defendant
                                RAUL PADILLA-ACOSTA

Dated: October 15, 2018         McGREGOR W. SCOTT
                                United States Attorney


                                by: /s/ JASON HITT
                                JASON HITT
                                Assistant U.S. Attorney



IT IS SO ORDERED.

DATED:  October 15, 2018
                                _____
                                Troy L. Nunley
                                United States District Judge