ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:     (209)544-0200
Fax:           (209)544-1860

Attorney for Defendant,
RAUL PADILLA-ACOSTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. 2:17-CR-0045 TLN |
| Plaintiff, | ) STIPULATION AND ORDER FOR<br>) CONTINUANCE OF SENTENCING |
| vs. | ) |
| RAUL PADILLA-ACOSTA, | ) |
| Defendant. | ) |

    Defendant, RAUL PADILLA-ACOSTA, through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, JASON HITT, Assistant United States Attorney, hereby stipulate and request the following:

    1.  That the Court continue the sentencing in the above-captioned case from November 29, 2018, to January 3, 2019, at 9:30 a.m.

STIPULATION AND ORDER

- 1 -

2. Due to a family emergency, conflicts in defense counsel's calendar arose making it difficult to review the draft Pre-Sentnece Report with Mr. Padilla (in Nevada City where he is housed) in time to file informal objections on November 1, 2018.

3. Informal objections were provided to the government and U.S. Probation officer, Erica Tatum on November 7, 2018.

4. The final report was due to be filed on November 8, 2018.

5. A continuance is requested in order to give U.S. Probation Officer, Erica Tatum sufficient time to be able to review defense counsel's informal objections, respond, and submit to her supervisor to have the report signed off.

IT IS SO STIPULATED.

Dated: November 14, 2018        /s/ Robert L. Forkner
                                ROBERT L. FORKNER
                                Attorney for Defendant
                                RAUL PADILLA-ACOSTA

Dated: November 14, 2018        McGREGOR W. SCOTT
                                United States Attorney


                                by: /s/ JASON HITT
                                JASON HITT
                                Assistant U.S. Attorney

```
ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner

722 Thirteenth Street
Modesto, CA 95354
Telephone:      (209)544-0200
Fax:            (209)544-1860

Attorney for Defendant
RAUL PADILLA-ACOSTA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>RAUL PADILLA-ACOSTA,<br><br>           Defendant. | CASE NO. 2:17-CR-0045 TLN<br><br>ORDER TO CONTINUE SENTENCING |

IT IS SO ORDERED.

DATED: November 14, 2018

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER

- 3 -