ROBERT L. FORKNER     (CSB# 166097)
JULISSA ECHEVARRIA    (CSB# 309107)
Forkner, Orlando, & Echevarria
722 Thirteenth Street
Modesto, CA 95354

Telephone:  (209) 544-0200
Facsimile:  (209) 544-1860

Attorneys for Defendant
RAUL PADILLA-ACOSTA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00045-TLN |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RAUL PADILLA-ACOSTA, | |
| Defendant. | |

**STIPULATION TO CONTINUE SENTENCING
AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

Defendant, by and through his counsel, Robert L. Forkner and Plaintiff, United States of America, by and through its counsel of record Assistant United States Attorney Jason Hitt, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 3, 2019.

2. By this stipulation, defendant now moves to continue the sentencing until March 14, 2019, at 9:30 a.m., and to exclude time between January 3, 2019 and March 14, 2019 under Local Code T4 and 18 U.S.C. § 3161.  Plaintiff does not object to this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for defendant desires additional time consult with his client, to review the

1

revised Presentencing Report with a certified interpreter and to file possible objections to the report.

  b. Due to Mr. Padilla-Acosta's medical condition, defense counsel is unable to do so until defendant completes his medical treatment.

  c. The defendant believes that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective preparation, and taking into account the exercise of due diligence.

  d. The government stipulates to the continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 3, 2019 to March 14, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:  December 31, 2018.

        /s/ Robert L. Forkner_____
        ROBERT FORKNER
        Attorney for the Defendant

DATED: December 31, 2018.

/s/ Jason Hitt
JASON HITT
Assistant United States Attorney

**O R D E R**

IT IS SO FOUND AND ORDERED this 2nd day of 2019.

_____
Troy L. Nunley
United States District Judge